IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BRYON K. CHAMP,
#B39776,

        Plaintiff,

v.

CHERYL SIMMON, *et al.*,

        Defendants.

Case No. 19-cv-00345-NJR

# MEMORANDUM AND ORDER

**ROSENSTENGEL, Chief Judge:**

      This matter is before the Court for case management purposes. Defendant Rihanna Draper was issued summons on Plaintiff's Second Amended Complaint on May 7, 2020 (Doc. 37). Defendant Draper returned the waiver on May 28, 2020, and her Answer was due July 6, 2020 (Doc. 45). As of this date, Defendant Draper has failed to move, answer, or otherwise plead in response to the Second Amended Complaint.

      The Federal Rules of Civil Procedure provide that the Clerk of Court must enter default against a defendant who has failed to plead or otherwise defend. FED. R. CIV. P. 55(a). Accordingly, the Court **GRANTS** the Motion of Entry of Default (Doc. 53) and **ORDERS** as follows:

(1)     The Clerk of Court is **DIRECTED** to **ENTER DEFAULT** against Defendant Draper in accordance with Federal Rule of Civil Procedure 55(a).

(2)     Plaintiff is **ORDERED** to move for default judgment against Defendant Draper on or before **August 4, 2020**, in accordance with

Federal Rule of Civil Procedure 55(b).

(3) If Plaintiff fails to move for default judgment as set forth in this Order, this entire action will be dismissed as to Defendant Draper for failure to prosecute and/or failure to comply with an order of the Court.

(4) The Clerk of Court is **DIRECTED** to transmit a copy of this Order and the entry of default to Plaintiff and to Defendant Draper.

**IT IS SO ORDERED.**

**DATED:** July 14, 2020

*[signature]*

**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**